UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22906-UU

WINDY LUCIUS,

    Plaintiff,

v.

GIARDINO ENTERPRISES, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant, Plaintiff Windy Lucius hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests this Court to terminate the action.

Dated:  September 14, 2020

Respectfully submitted,

s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN:  628166
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone: (305) 351-2014
cc@cunninghampllc.com
*Counsel for Plaintiff Windy Lucius*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.