UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22906-UU

WINDY LUCIUS,

    Plaintiff,

v.

GIARDINO ENTERPRISES, LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal With Prejudice.  D.E. 13.  The Court having considered the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is DISMISSED WITH PREJUDICE as to all parties and all claims.

DONE AND ORDERED in Chambers, Miami, Florida, this 15th__ day of September, 2020.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record